UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALVARO SANCHEZ-AGUILAR, et al., | |
| Plaintiff, | NO. CV-10-404-RHW |
| vs. | ORDER DISMISSING COMPLAINT FOR LACK OF JURISDICTION |
| SIX UNKNOWN NAMES AGENTS, et al., | |
| Defendants. | |

Plaintiff, a federal prisoner currently housed at the Airpark Unit Corrections Center in Big Springs, Texas, brings this action, purportedly under 42 U.S.C. § 1983 and "2255." This is substantially the same document previously filed in cause numbers CV-10-044-RHW, CV-10-122-RHW, CV-10-153-RHW, CV-10-192-RHW, and CV-10-223-RHW. Those actions were dismissed for lack of jurisdiction. After review of the complaint, the court finds it still lacks jurisdiction to consider claims regarding Plaintiff's current conditions of confinement as he is presently incarcerated outside this judicial district.

Given the number of filings and similar nature of the complaints, the Court finds that Plaintiff has abused the judicial process. As such, Plaintiff is prevented from filing any additional pleadings in the Eastern District of Washington without receiving prior permission from the Court.

///

ORDER DISMISSING COMPLAINT FOR LACK OF JURISDICTION -- 1

Accordingly, **IT IS ORDERED** the Complaint is **DISMISSED without prejudice** for lack of jurisdiction. The court finds it would not be in the interest of justice to transfer this action under 28 U.S.C. § 1631.

**IT IS SO ORDERED.** The District Court Executive is **DIRECTED** to enter this Order, enter judgment, forward copies to Plaintiff Alvaro Sanchez-Aguilar at his last known address, and **close the file**. The court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 18th day of November 2010.

          *s/Robert H. Whaley*
         ROBERT H. WHALEY
        United States District Court

```
Q:\CIVIL\2010\Sanchez-Aguilar\10cv404rhw-11-15-disjx.wpd
```

ORDER DISMISSING COMPLAINT FOR LACK OF JURISDICTION -- 2